# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>phone 1 cool pad #3622A imei: 869630021598002<br>phone 2 samsung #SM-G360T1 serial #TH2GB06US<br>2-B phone 3 lg #LGTP450 imei 357016-08-132507-3 | )<br>)<br>)   Case No.<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein.

located in the _____ District of \_\_\_\_\_Columbia\_\_\_\_\_, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846<br>18 U.S.C. §§ 922(g)(1) and 924(c)(1). | Federal narcotics laws and federal firearm laws. |

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of \_\_\_\_\_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Kevin Smith , ATF

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

*Judge's signature*

City and state: Washington, D.C.      G. Michael Harvey, United States Magistrate Judge

*Printed name and title*